IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JESSICA CHANDLER and ADAM KING, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ARVEST BANK, <br><br> Defendant. | Case No. 3:18-CV-00043-DPM |

## FED. R. EVID. 502 ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness or segregation of privileged or protected information before production.

SO ORDERED this the 30th day of July, 2018.

_D. P. Marshall Jr._
D. P. MARSHALL, JR.
UNITED STATES DISTRICT JUDGE

1585586.1