# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JESSICA CHANDLER and
ADAM KING, on behalf of themselves and
all others similarly situated                        PLAINTIFFS

v.                      No. 3:18-cv-43-DPM

ARVEST BANK                                         DEFENDANT

## ORDER

For the reasons stated on the record at the 8 August 2018 hearing, Arvest's motion to dismiss, № 19, is partly granted and partly denied. Chandler's separate claim about good faith and fair dealing fails as a matter of law; this matter is embedded in her contract claim. Her contract claim, as well as her alternative claim for unjust enrichment, survives. Initial disclosures due by 22 August 2018. Second Amended Complaint due by 7 September 2018. A Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 August 2018