**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| JESSICA CHANDLER, ADAM KING, and DAWNSHELL BUNTING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Arvest Bank,<br><br>Defendant. | Case No. 3:18-cv-00043-DPM<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) the above-entitled action by Plaintiffs is hereby dismissed with prejudice and with each party to bear its own costs.

Dated:  January 9, 2019.

                                          Respectfully submitted,

BY:    WATSON BURNS, PLLC

           */s/ William F. Burns*
           William F. Burns (Ark. Bar No. 2008019)
           253 Adams Avenue
           Memphis, Tennessee 38103
           (901) 529-7996
           bburns@watsonburns.com

           */s/ E. Adam Webb*
           E. Adam Webb*
           WEBB, KLASE & LEMOND, LLC
           1900 The Exchange, S.E.
           Suite 480
           Atlanta, Georgia 30339
           (770) 444-0773
           Adam@WebbLLC.com

*/s/ Jeffrey Kaliel*
Jeffrey Kaliel*
KALIEL PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
(202) 350-4783
jkaliel@kalielpllc.com

*Attorneys for Plaintiffs*


*/s/ Gregory C. Cook*
Gregory C. Cook*
Adam K. Israel*
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
205-251-8100
gcook@balch.com
aisrael@balch.com

John C. Calhoun, Jr. (Ark. Bar No. 66010)
James M. McHaney, Jr. (Ark. Bar No. 74103)
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
Post Office Box 5551
North Little Rock, AR 72119-5551
501-372-0110
jcalhoun@hilburnlawfirm.com
jmchaney@hilburnlawfirm.com

*Attorneys for Defendant*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

            */s/ E. Adam Webb*
            E. Adam Webb