# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JESSICA CHANDLER, ADAM KING, and
DAWNSHELL BUNTING on behalf of
themselves and all others similarly situated      PLAINTIFFS

v.      No. 3:18-cv-43-DPM

ARVEST BANK      DEFENDANT

## JUDGMENT

The case is dismissed with prejudice based on the parties' stipulation.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2019